UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW LUIS MERCADO,

            Plaintiff,

-against-

ORANGE COUNTY COURTS; JUDGE FREHILL; JANINE KOVACS,

            Defendants.

19-CV-11905 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 20, 2020, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 20, 2020
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge